November 12, 2004

Mr. Harry Paul Weitzel
Mayer, Brown, Rowe & Maw LLP
700 Louisiana Street, Suite 3600
Houston, TX 77002-2730
Mr. Don D. Becker
Carroll & Becker
440 Louisiana, Suite 580
Houston, TX 77002

RE: Case Number: 03-0787
 Court of Appeals Number: 01-01-00620-CV
 Trial Court Number: 702,379

Style: ENTERPRISE LEASING COMPANY OF HOUSTON
 v.
 HORACIO BARRIOS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Ms. Beverly |
| |Kaufman |